UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00376-WYD

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1. MAX MULLIGAN,

　　　　Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

　　　　A Notice of Disposition was filed in the above matter on July 29, 2010. A Change of Plea hearing is set for **Friday, September 17, 2010, at 11:00 a.m.**

　　　　**Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

　　　　Dated: July 29, 2010