**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 4, 2010 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00376-WYD**          Counsel:

UNITED STATES OF AMERICA,                       David M. Conner

        Plaintiff,

v.

**1. MAX MULLIGAN**,                            Donald L. Lozow

        Defendant.

**SENTENCING**

**3:08 p.m.**     Court in Session - Defendant present (on-bond)

    **Change of Plea Hearing - Monday, October 25, 2010, at 3:30 p.m.**
    **Plea of Guilty - count 1 of Indictment**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

3:09 p.m.        Statement and argument on behalf of Government (Mr. Conner).

**ORDERED:**     Government's Motion for Downward Departure Pursuant to 5K1.1 and § 3553(a) (doc. #31), filed January 28, 2011, is **GRANTED.**

3:12 p.m.        Statement on behalf of Defendant (Mr. Lozow).

3:14 p.m.        Statement by Defendant on his own behalf (Mr. Mulligan).

Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (doc. #30), filed January 28, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant is placed on **probation** for a term of **3** years.

**ORDERED:** **Conditions** of **Probation** are:

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Probation** are:

(X)   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**3:22 p.m.**       Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :14**