IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00376-WYD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. MAX MULLIGAN,

  Defendant.

## ORDER

  The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised, it is hereby

  ORDERED that Government's Motion Regarding Acceptance of Responsibility (doc. #30), filed January 28, 2011, is **GRANTED.** It is further

  ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

  Dated this 4th day of February, 2011.

            BY THE COURT:


            s/ Wiley Y. Daniel
            WILEY Y. DANIEL,
            CHIEF UNITED STATES DISTRICT JUDGE